**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

G.M. SIGN, INC., as judgment creditor
and as assignee of MFG.COM,

           Plaintiff,

v.

ST. PAUL FIRE & MARINE INS. CO.,

           Defendant.

CIVIL ACTION FILE

NO. 1:14-CV-2977-ELR

## J U D G M E N T

This action having come before the Court, Honorable Eleanor L. Ross, United States District Judge, and the Court having granted defendant's Motion for Summary Judgment, it is

**Ordered and Adjudged** that plaintiff takes nothing, that defendant recovers its costs of this action from plaintiff, and that the action be, and the same hereby is **DISMISSED.**

Dated at Atlanta, Georgia this 23rd day of August, 2017.

JAMES N. HATTEN
CLERK OF COURT

By: _s/ Charlotte Diggs_____
           Deputy Clerk

Prepared, Filed and Entered
In the Clerk's Office
  August 23, 2017
James N. Hatten
Clerk of Court

By: _s/ Charlotte Diggs_____
      Deputy Clerk